**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
|     Patriot Credit Company LLC, *et al.*, [1] | : | Case No. 22-10333-CTG |
| | : | (Jointly Administered) |
|     Debtors. | : | **Hearing: 5/24/22 at 10.00 AM ET** |
| | : | **Obj. Due: 5/17/22 at 4.00 PM ET** |

-----------------------------------------------------------------x

**NOTICE: MOTION OF THE DEBTORS TO PERMIT EMPLOYMENT OF CFGI PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) TO PROVIDE THE DEBTORS WITH A CHIEF RESTRUCTURING OFFICER AND RELATED MANAGERIAL SERVICES AND ASSISTANCE NUNC PRO TUNC TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that on 4/27/22, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *MOTION OF THE DEBTORS TO PERMIT EMPLOYMENT OF CFGI PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) TO PROVIDE THE DEBTORS WITH A CHIEF RESTRUCTURING OFFICER AND RELATED MANAGERIAL SERVICES AND ASSISTANCE NUNC PRO TUNC TO THE PETITION DATE* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection with respect to the relief sought in the Application must be filed with the Bankruptcy Court on or before **May 17, 2022, at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors c/o Billion Law; 1073 S. Governors Avenue; Dover, DE 19904; (ii) the United States Trustee for the District of Delaware

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Patriot Credit Company LLC; 1115 Broadway; New York, NY 10010; EIN 27-4904268 and Bluefin Capital Partners, LLC; 1115 Broadway; New York, NY 10010.

(the "United States Trustee"); 844 King Street, Suite 2207; Wilmington, DE 19801; and (ii) the subchapter V trustee in this matter.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **MAY 24, 2022, AT 10 AM PREVAILING EASTERN TIME** BEFORE THE UNITED STATES BANKRUPTCY COURT JUDGE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.  THE HEARING WILL BE HELD BY ZOOM PER INSTRUCTIONS SET FORTH IN AN AGENDA FILED PRIOR THERETO.

April 29, 2022

/s/ Mark M. Billion
Mark M. Billion (DE Bar No. 5263)
Peter K. Schaeffer (DE Bar No. 5255)
BILLION LAW
1073 S. Governors Ave.
Dover, DE 19904
Tel: 302.428.9400
Fax: 302.674.2099
markbillion@billionlaw.com
peteschaeffer@billionlaw.com

-2-