# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Patriot Credit Company LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 22-10333 (CTG) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2022, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Rule 2004 Examination of Joseph C. Baum* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail and first-class mail, postage paid thereon, on the parties listed below.

| | |
|---|---|
| Joseph C. Baum<br>c/o Mark Billion, Esquire<br>Billion Law<br>1073 S Governors Ave<br>Dover, DE 19904 | Joseph C. Baum<br>CFGI<br>340 Madison Ave #3<br>New York, NY 10173 |

 

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)

13644478/1